

**BECKER &
POLIAKOFF**

Helen Davis Chaitman
Phone: (212) 599-3322   Fax: (212) 557-0295
hchaitman@bplegal.com

45 Broadway, 8th Floor
New York, New York 10006

September 5, 2014

**Via ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/14
```

Re:   Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, SIPA Liquidation, Civil Case No. 11-mc-00265

Dear Judge Gardephe:

We represent Marsha Peshkin and over eight hundred other customers of Bernard L. Madoff Investment Securities LLC as listed on Exhibit A to our Notice of Motion for Leave to Appeal [Doc. No. 1] and Amended Notice of Motion for Leave to Appeal [Doc. No. 6] in the above-reference action. We write to advise your Honor that we withdraw our motion.

Yours respectfully,

/s/ Helen Davis Chaitman

Helen Davis Chaitman

HDC:leb

cc:   David J. Sheehan *(by email & ECF)*

*The Clerk of Court is directed to close this case.*

**SO ORDERED:**

_Paul Gardephe_
**Paul G. Gardephe, U.S.D.J.**

Dated: Sept. 9, 2014

{N0055236 }                    www.bplegal.com

Ft. Lauderdale ♦ Ft. Myers ♦ Ft. Walton Beach ♦ Hollywood ♦ Miami ♦ Miramar ♦ Morristown ♦ Naples ♦ New York ♦ Northern Virginia
Orlando ♦ Prague ♦ Red Bank ♦ Sarasota ♦ Stuart ♦ Tallahassee ♦ Tampa Bay ♦ Washington, DC ♦ West Palm Beach